IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **BRFHH Shreveport, L.L.C. d/b/a University Health Shreveport**<br><br>Plaintiff;<br><br>v.<br><br>**Willis-Knighton Medical Center d/b/a Willis-Knighton Health System,**<br><br>Defendant. | Case No. 5:15-cv-02057<br><br>Judge Elizabeth E. Foote<br><br>Mag. Judge Mark L. Hornsby |

## AGREED MOTION FOR DISMISSAL AND REQUEST FOR ENTRY OF FINAL JUDGMENT

Plaintiff BRFHH SHREVEPORT, L.L.C. D/B/A UNIVERSITY HEALTH SHREVEPORT ("BRFHH") and defendant WILLIS-KNIGHTON MEDICAL CENTER d/b/a WILLIS-KNIGHTON HEALTH SYSTEM ("Willis-Knighton") hereby enter into and file this Agreed Motion for Dismissal in the above-captioned case. BRFHH and Willis-Knighton represent that they have amicably resolved the claims asserted herein and, consequently stipulate and jointly move for dismissal of this action with prejudice. Pursuant to Federal Rule of Civil Procedure 54, neither party is requesting an award of costs or attorneys' fees from the Court. The parties therefore further request that the Court enter final judgment in the form of the attached proposed Final Judgment as to all claims in this case.

The dismissal sought herein will neither bar nor permit, and is without prejudice to, any claims, allegations, conduct, facts or causes of action addressed in *BRFHH Shreveport, LLC v.*

*Willis-Knighton Medical Center*, C.A. No. 5:20-cv-00142, U.S. District Court for Western District of Louisiana, Shreveport Division, or any evidence utilized in that case.

THEREFORE Plaintiff and Defendant jointly request that this Court approve the Final Judgment submitted herewith.

DATE: 5-5, 2023

_____
David A. Ettinger, P 26537 (T.A.)
HONIGMAN LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
Phone: 313-465-7368
dettinger@honigman.com

Reid A. Jones (La. Bar No. 34611)
WIENER, WEISS & MADISON
A Professional Corporation
330 Marshall Street, Suite 1000 (71101)
Shreveport, LA 71101
Phone: 318-226-9100
rjones@wwmlaw.com

***Attorneys for Plaintiff BRFHH Shreveport, L.L.C. d/b/a University Health Shreveport***

Respectfully Submitted,

_____
Lamar P. Pugh
Attorney Identification No. 20070
PUGH, PUGH & PUGH L.L.P.
333 Texas Street, Suite 2100
Shreveport, Louisiana 71101
Telephone: 318-227-2270
Telecopier: 318-227-2273
lamar@thepughlawfirm.com

Layne E. Kruse (T.A.)*
Darryl W. Anderson*
Eliot F. Turner*
NORTON ROSE FULBRIGHT US LLP
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: 713-651-5151
Telecopier: 713-651-5246
layne.kruse@nortonrosefulbright.com
darryl.anderson@nortonrosefulbright.com
eliot.turner@nortonrosefulbright.com

Lesley C. Reynolds*
REED SMITH LLP
1301 K Street, N.W.
Suite 1000 – East Tower
Washington, D.C. 20005
Telephone: 202-414-9282
Telecopier: 202-414-9299
lreynolds@reedsmith.com

* Admitted *pro hac vice*

***Attorneys for Defendant Willis-Knighton Medical Center d/b/a Willis-Knighton Health System***