IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **BRFHH Shreveport, L.L.C. d/b/a University Health Shreveport**<br><br>Plaintiff,<br><br>v.<br><br>**Willis-Knighton Medical Center d/b/a Willis-Knighton Health System,**<br><br>Defendant. | Case No. 5:15-cv-02057<br><br>Judge Elizabeth E. Foote<br><br>Mag. Judge Mark L. Hornsby |

## JUDGMENT

The Court has considered the Agreed Motion for Dismissal filed by plaintiff BRFHH Shreveport, L.L.C. d/b/a University Health Shreveport ("BRFHH") and defendant Willis-Knighton Medical Center d/b/a Willis-Knighton Health System, moving for dismissal of BRFHH's claims in this lawsuit, with prejudice, but without prejudice to any claims, causes of action, facts, conduct or allegations in *BRFHH Shreveport, LLC v. Willis-Knighton Medical Center*, C.A. No. 5:20-cv-00142, U.S. District Court for Western District of Louisiana, Shreveport Division (the "Second Filed Action") or evidence utilized in the Second Filed Action. The Court has determined that the motion should be GRANTED.

IT IS THEREFORE ORDERED that the Agreed Motion for Dismissal is GRANTED.

IT IS FURTHER ORDERED that all claims by plaintiff BRFHH Shreveport, L.L.C. d/b/a University Health Shreveport, Inc. in this action are hereby DISMISSED WITH PREJUDICE.

y

IT IS FURTHER ORDERED that this dismissal is WITHOUT PREJUDICE as to any claims, allegations, facts, conduct, or causes of action addressed in the Second Filed Action or any evidence utilized in the Second Filed Action, such that nothing in this order shall limit or impede the ability of either party to prosecute or defend the Second Filed Action, in the event that plaintiff's petition for writ of certiorari currently pending before the U.S. Supreme Court is granted and the order of dismissal in the Second Filed Action is reversed or vacated in whole or in part.

IT IS FURTHER ORDERED that neither party will be awarded costs or attorneys' fees by the Court.

IT IS FURTHER ORDERED that, because this order resolves all remaining claims in this lawsuit, this is a FINAL JUDGMENT.

This Final Judgment does not bar the claims, allegations, or causes of actions asserted in the Second Filed Action.

Signed on May 13, 2023.

HON. ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE